Elijah M. Watkins, Bar No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, Idaho 83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Bryan P. Stevens *(pro hac vice forthcoming)*
Texas State Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter *(pro hac vice forthcoming)*
Texas State Bar No. 24120750
ccarter@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

*Attorneys for Defendant LiveFree Emergency Response, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS, TOBY HOY, and SHARON MCCULLAGH, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., d/b/a MEDIBUTTON, INC., a Delaware Corporation,<br><br>    Defendant. | Case No.: 4-23-cv-00170-REP<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT - 1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant LiveFree Emergency Response, Inc. ("LiveFree"), improperly named LiveFree Emergency Response, Inc. d/b/a MediButton, Inc. hereby files this Certificate of Interested Persons and Corporate Disclosure Statement.

The undersigned certifies that other than the parties to this lawsuit, LiveFree is unaware of any persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation.

The undersigned further certifies that there is no parent corporation of LiveFree, and that no publicly traded corporation owns 10% or more of LiveFree's stock.

DATED:  December 19, 2023.                    STOEL RIVES LLP

/s/ Elijah M. Watkins
Elijah M. Watkins

HALLETT & PERRIN, P.C.

/s/ Bryan P. Stevens
Bryan P. Stevens *(pro hac vice forthcoming)*
Clayton S. Carter *(pro hac vice forthcoming)*

*Attorneys for Defendant Livefree Emergency Response, Inc.*

DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2023 I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

Patrick H. Peluso - ppeluso@woodrowpeluso.com

Patrick Kershisnik – kershisniklaw@gmail.com

Attorneys for Plaintiff

*/s/ Elijah M. Watkins*
Elijah M. Watkins

DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT - 3