Elijah M. Watkins, Bar No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S. Capitol Boulevard, Suite 1900
Boise, Idaho 83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

Bryan P. Stevens (*pro hac vice forthcoming*)
Texas State Bar No. 24051387
bstevens@hallettperrin.com
Clayton S. Carter (*pro hac vice forthcoming*)
Texas State Bar No. 24120750
ccarter@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

*Attorneys for Defendant LiveFree
Emergency Response, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS, TOBY HOY, and SHARON MCCULLAGH, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., d/b/a MEDIBUTTON, INC., a Delaware Corporation,<br><br>     Defendant, | Case No.: 4-23-cv-00170-REP<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT** |

Defendant LiveFree Emergency Response, Inc. ("LiveFree"), improperly named as LiveFree Emergency Response, Inc. d/b/a MediButton, Inc., hereby files its Answer and Affirmative Defenses in response to the Class Action Complaint ("Complaint") filed by Plaintiffs Jeffery Gibbs, Toby Hoy, and Sharon McCullagh (collectively "Plaintiffs"), individually, and on behalf of all others similarly situated, and would respectfully show the Court as follows:

## ANSWER OF LIVEFREE

LiveFree responds to the allegations of the numbered paragraphs of the Complaint by denying each allegation not specifically admitted herein below and as follows:

LiveFree admits that Plaintiffs purport to bring a class action complaint on behalf of Plaintiffs under the Telephone Consumer Protection Act ("TCPA") but denies it violated the TCPA and that Plaintiffs were damaged in any way or are entitled to any relief under the TCPA. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in the introductory paragraphs of the Complaint and therefore denies the same.

1.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 of the Complaint and therefore denies the same.

2.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 2 of the Complaint and therefore denies the same.

3.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint and therefore denies the same.

4.     LiveFree admits that it is a Delaware corporation with a principal place of business at 3411 Hawthorne Road, Pocatello, Idaho 83201. LiveFree denies that it does business as MediButton, Inc.

5.     LiveFree admits the allegations in paragraph 5 of the Complaint.

6.      Paragraph 6 states a legal conclusion to which no response is needed. To the extent a response is required, denied.

7.      LiveFree admits that it is headquartered in and does business in Idaho. LiveFree denies that any unlawful conduct was undertaken by it, either in or out of this District. Furthermore, the allegations in paragraph 7 of the Complaint are conclusions of law as to which no response is required. To the extent a response is required, denied.

8.      LiveFree admits that it is headquartered in and does business in Idaho. LiveFree denies that any unlawful conduct was undertaken by it, either in or out of this District. Furthermore, the allegations in paragraph 8 of the Complaint are conclusions of law as to which no response is required. To the extent a response is required, denied.

9.      Paragraph 9 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 9 of the Complaint.

10.     Paragraph 10 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 10 of the Complaint.

11.     Paragraph 11 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 11 of the Complaint.

12.     Paragraph 12 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 12 of the Complaint.

13.     Paragraph 13 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 13 of the Complaint.

14.     Paragraph 14 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 14 of the Complaint.

15.     Paragraph 15 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 15 of the Complaint.

16.     LiveFree denies the allegations in paragraph 16 of the Complaint.

17.     LiveFree denies the allegations in paragraph 17 of the Complaint.

18.     LiveFree denies the allegations in paragraph 18 of the Complaint.

19.     Paragraph 19 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. To the extent any further response is required, LiveFree denies the allegations in paragraph 19 of the Complaint.

20.     LiveFree denies the allegations in paragraph 20 of the Complaint.

21.     LiveFree denies the allegations in paragraph 21 of the Complaint to the extent it alleges LiveFree made any unauthorized calls. Furthermore, the allegations in paragraph 21 of the Complaint either constitute legal conclusions to which no response is required or that do not contain factual allegations to which LiveFree could respond. To the extent any further response is required, LiveFree denies the allegations in paragraph 21 of the Complaint.

22.     LiveFree denies the allegations in paragraph 22 of the Complaint.

23.     LiveFree denies the factual allegations in paragraph 23 of the Complaint. Furthermore, the allegations in paragraph 23 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 23 of the Complaint.

24.     LiveFree denies the factual allegations in paragraph 24 of the Complaint. Furthermore, the allegations in paragraph 24 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 24 of the Complaint.

25.     LiveFree denies the allegations in paragraph 25 of the Complaint. Furthermore, the allegations in paragraph 25 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 25 of the Complaint.

26.     LiveFree denies the allegations in paragraph 26 of the Complaint. Furthermore, the allegations in paragraph 26 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 26 of the Complaint.

27.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Complaint and therefore denies the same.

28.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and therefore denies the same.

29.     LiveFree denies the allegations in paragraph 29 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff.

LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 29 of the Complaint and therefore denies the same.

30.     LiveFree denies the allegations in paragraph 30 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and therefore denies the same.

31.     LiveFree denies the allegations in paragraph 31 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and therefore denies the same.

32.     LiveFree denies the allegations in paragraph 32 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and therefore denies the same.

33.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint and therefore denies the same.

34.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the Complaint and therefore denies the same.

35.     LiveFree denies the allegations in paragraph 35 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Complaint and therefore denies the same.

36.     LiveFree denies the allegations in paragraph 36 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint and therefore denies the same.

37.     LiveFree denies the allegations in paragraph 37 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint and therefore denies the same.

38.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Complaint and therefore denies the same.

39.     LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Complaint and therefore denies the same.

40.     LiveFree denies the allegations in paragraph 40 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Complaint and therefore denies the same.

41.     LiveFree denies the allegations in paragraph 41 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and therefore denies the same.

42.     LiveFree denies the allegations in paragraph 42 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff.

LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Complaint and therefore denies the same.

43.    LiveFree denies the allegations in paragraph 43 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Complaint and therefore denies the same.

44.    LiveFree denies the allegations in paragraph 44 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Complaint and therefore denies the same.

45.    LiveFree denies the allegations in paragraph 45 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Complaint and therefore denies the same.

46.    LiveFree denies the allegations in paragraph 46 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the Complaint and therefore denies the same.

47.    LiveFree denies the allegations in paragraph 47 of the Complaint to the extent it alleges LiveFree, or anyone acting on LiveFree's behalf, placed any unauthorized calls to Plaintiff. LiveFree lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the Complaint and therefore denies the same.

48.     Paragraph 48 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 48 are legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 48 of the Complaint.

49.     Paragraph 49 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 49 are legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 49 of the Complaint.

50.     Paragraph 50 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 50 are legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 50 of the Complaint.

51.     Paragraph 51 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 51 are legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 51 of the Complaint.

52.     Paragraph 52 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 52 are legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 52 of the Complaint.

53.     Paragraph 53 of the Complaint alleges a statute, case, website, or other writing, which is best evidence of its own content. Furthermore, the statements in Paragraph 53 are legal

conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 53 of the Complaint.

54.    LiveFree's responses to paragraphs 1 through 53 are incorporated herein by reference as if fully set forth herein.

55.    LiveFree denies the factual allegations in paragraph 55 of the Complaint. Furthermore, the allegations in paragraph 55 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 55 of the Complaint.

56.    LiveFree denies the factual allegations in paragraph 56 of the Complaint. Furthermore, the allegations in paragraph 56 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 56 of the Complaint.

57.    LiveFree denies the factual allegations in paragraph 57 of the Complaint. Furthermore, the allegations in paragraph 57 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 57 of the Complaint.

58.    LiveFree denies the factual allegations in paragraph 58 of the Complaint. Furthermore, the allegations in paragraph 58 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 58 of the Complaint.

59.    LiveFree denies the factual allegations in paragraph 59 of the Complaint. Furthermore, the allegations in paragraph 59 of the Complaint constitute legal conclusions to

which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 59 of the Complaint.

60.     LiveFree denies the factual allegations in paragraph 60 of the Complaint. Furthermore, the allegations in paragraph 60 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 60 of the Complaint.

61.     LiveFree's responses to paragraphs 1 through 60 are incorporated herein by reference as if fully set forth herein.

62.     LiveFree denies the factual allegations in paragraph 62 of the Complaint. Furthermore, the allegations in paragraph 62 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 62 of the Complaint.

63.     LiveFree denies the factual allegations in paragraph 63 of the Complaint. Furthermore, the allegations in paragraph 63 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 63 of the Complaint.

64.     LiveFree denies the factual allegations in paragraph 64 of the Complaint. Furthermore, the allegations in paragraph 64 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 64 of the Complaint.

65.     LiveFree denies the factual allegations in paragraph 65 of the Complaint. Furthermore, the allegations in paragraph 65 of the Complaint constitute legal conclusions to

which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 65 of the Complaint.

66.     LiveFree denies the factual allegations in paragraph 66 of the Complaint. Furthermore, the allegations in paragraph 66 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 66 of the Complaint.

67.     LiveFree denies the factual allegations in paragraph 67 of the Complaint. Furthermore, the allegations in paragraph 67 of the Complaint constitute legal conclusions to which no response is required. To the extent any further response is required, LiveFree denies the allegations in paragraph 67 of the Complaint.

LiveFree denies the allegations in the Prayer of the Complaint and denies Plaintiffs are entitled to any relief, including, but not limited to, the relief sought in section A-G of the Prayer.

The Jury Demand in the Complaint contains no allegations to which a response is required.

## LIVEFREE'S AFFIRMATIVE DEFENSES

LiveFree sets forth its affirmative defenses below. LiveFree asserts each affirmative defense to all claims against it:

### FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, by their unclean hands and/or inequitable conduct.

### SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, ratification, laches, and estoppel.

**THIRD DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' own acts or omissions caused or contributed to their injuries, if any.

**FOURTH DEFENSE**

To the extent Plaintiffs have been damaged, which LiveFree expressly denies, any such damage was caused by an intervening or superseding cause.

**FIFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because they are frivolous, brought in bad faith, brought for an improper purpose, and brought without reasonable inquiry.

**SIXTH DEFENSE**

Plaintiffs' alleged claims to damages are barred, in whole or part, based on Plaintiffs' fraud.

**SEVENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, based on a mutual mistake.

**EIGHTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, on the basis of the doctrine of justification.

**NINTH DEFENSE**

Without waiving any of the denials contained herein, LiveFree asserts that, if Plaintiffs sustained any damages, which LiveFree expressly denies, such damages were proximately caused by the acts or omissions of other persons, entities, firms, or corporations, whether named or unnamed in the Complaint.

**TENTH DEFENSE**

LiveFree wholly denies that it made any calls to Plaintiffs, directly or indirectly, or that it authorized, planned, or directed another third party to make calls to Plaintiffs. Notwithstanding, to

the extent Plaintiffs received any calls from third parties, Plaintiffs' claims are barred, in whole or in part, because Plaintiffs consented to any such alleged call calls.

**ELEVENTH DEFENSE**

Plaintiffs' claims are barred by the doctrine of *In Pari Delicto*.

**TWELFTH DEFENSE**

Plaintiffs have an adequate remedy at law for any alleged injury, which LiveFree expressly denies, and is not entitled to injunctive relief.

LiveFree reserves the right to amend and supplement the foregoing affirmative defenses.

**<u>PRAYER</u>**

Wherefore, LiveFree respectfully requests that Plaintiffs take nothing by way of their claims against LiveFree, and that LiveFree be awarded such other and further relief to which it may show itself justly entitled, in law or equity.

DATED: December 21, 2023                    STOEL RIVES LLP


                                             */s/ Elijah M. Watkins*
                                             Elijah M. Watkins


                                             HALLETT & PERRIN, P.C.


                                             */s/  Bryan P. Stevens*
                                             Bryan P. Stevens (*pro hac vice forthcoming*)
                                             Clayton S. Carter (*pro hac vice forthcoming*)


                                             *Attorneys for Defendant LiveFree Emergency Response, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2023, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

Patrick H. Peluso – ppeluso@woodrowpeluso.com

Patrick Kershisnik – kershisniklaw@gmail.com

Attorneys for Plaintiff

*/s/ Elijah M. Watkins*
Elijah M. Watkins