UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS *Individually and on Behalf of all Others Similarly Situated,* TOBY HOY *Individually and on Behalf of all Others Similarly Situated*, and SHARON MCCULLAGH *Individually and on Behalf of all Others Similarly Situated.*<br><br>Plaintiffs,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC. *A Delaware Corporation doing business as* Medibutton, INC,<br><br>Defendant. | Case No.: **4:23-cv-00170-REP**<br><br>**LITIGATION ORDER AND NOTICE OF VIDEO SCHEDULING CONFERENCE** |

**THEREFORE IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff(s) must serve this Order on all parties who have not entered an appearance via PACER to date. Within thirty days of the filing of the Complaint, the Plaintiff(s) must file with the Court a status report regarding

service of the summons and complaint pursuant to Dist. Idaho L. Rule 4.1.[1]

Alternatively,

2. Plaintiff(s) may file proof of service in lieu of the status report otherwise required.

3. Pursuant to Dist. Idaho L. Rule 16.1, the parties must meet and determine:

A. A litigation plan and a discovery plan, including the issues related to discovery of electronically stored information, if either party contemplates suchdiscovery. The Court's litigation plan form and the discovery plan form may befound on the District Court's website, www.id.uscourts.gov, under Forms.[2]

B. If the case is suitable for the Court's alternative dispute resolution (ADR) program, which type of ADR process is best suited to the specific circumstances of the case, and when the most appropriate time would be for the ADR session tobe held. Dist.Idaho L. Rule 16.4.

4. Initial disclosures must be made by the parties pursuant to Federal Rule of CivilProcedure 26.1 and Dist. Idaho L. Rule 16.1.

5. If this matter is assigned to a magistrate judge, Counsel must review and be familiar with Dist. Idaho L. Rule 73.1 regarding the consent process for

---

[1] The Court's local rules may be found at the following URL address:
http://id.uscourts.gov/clerks/rules_orders/Civil_Local_Rules.cfm
[2] The URL address to access the Court's forms may be found here:
http://id.uscourts.gov/district/forms_fees_rules/Civil_Forms.cfm

proceeding before a magistrate judge. Additional Information about the consentprocess may be found on the [Court's website](#).[3]

6. Unless the Plaintiff contacts the Courtroom Deputy, Jackie Hildebrand, and requests a different date and time, the Court will conduct a **video scheduling conference on Thursday, February 15, 2024, 10:00 A.M. \*Mountain time**, for purpose of confirming the deadlines proposed by the parties in the **JOINT Litigation Plan**.

7. **Counsel** must participate in the video conference call by connecting to the Zoom link, which will be provided 24 hours in advance of the video conference.

8. **On or before Thursday, February 8, 2024,** the parties must file with the Court the **JOINT** Litigation Plan and Discovery Plans.

DATED: December 26, 2023

Raymond E. Patricco
Chief U.S. Magistrate Judge

---

[3] Information about the consent process may be found at the following URL address:
http://www.id.uscourts.gov/district/judges/Magistrate_Judge_Consent.cfm