5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS, TOBY HOY, and SHARON MCCULLAGH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., d/b/a MEDIBUTTON, INC., a Delaware Corporation,<br><br>　　　　Defendant, | Case No. 4-23-CV-00170-rep<br><br>APPLICATION FOR ADMISSION PRO HAC VICE<br><br>Fee: $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, _____ Bryan P. Stevens _____, hereby applies for admission pro hac vice to appear and participate in this case on behalf of _____ LiveFree Emergency Response, Inc. _____.

The applicant hereby attests as follows:

1. Applicant resides in _____ Texas _____, and practices at the following address and phone number _1445 Ross Avenue, Suite 2400, Dallas, Texas 75202, 214-922-4160._

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| State of Texas | 2005 |
| Supreme Court of Texas | 2005 |
| United States District Court for the Northern District of Texas | 2005 |
| United States District Court for the Eastern District of Texas | 2008 |
| United States District Court for the Southern District of Texas | 2009 |
| United States District Court for the Western District of Texas | 2017 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. _____ Elijah M. Watkins _____, a member in good standing of the bar of this court, of the firm of _____ Stoel Rives LLP _____, practices at the following office address and phone number: _101 S. Capital Boulevard, Suite 1900, Boise, Idaho 83702, 208-389-9000._

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated this _25_ day of _January_, _2024_.

_____     _____
Applicant                                                           Designee

Signed under penalty of perjury.