Bryan P. Stevens (*admitted pro hac vice*)
bstevens@hallettperrin.com
Clayton S. Carter (*admitted pro hac vice*)
ccarter@hallettperrin.com
HALLETT & PERRIN, P.C.
1445 Ross Avenue, Suite 2400
Dallas, Texas 75202
Telephone: 214.953.0053
Facsimile: 214.922.4142

Elijah M. Watkins, Bar No. 8977
watkins.elijah@dorsey.com
DORSEY & WHITNEY LLP
101 S. Capitol Boulevard, Suite 1701
Boise, ID 83702
Telephone: 208.617.2550
Facsimile: 208.567.4992

*Attorneys for Defendant LiveFree Emergency Response, Inc.*

Patrick H. Peluso (*admitted pro hac vice*)
ppeluso@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 E. Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: 720.213.0676
Facsimile: 303.927.0809

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS, TOBY HOY, and SHARON MCCULLAGH, individually and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LIVEFREE EMERGENCY RESPONSE, INC., d/b/a MEDIBUTTON, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 4:23-cv-00170 <br><br> **JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between the parties that they have settled all claims and counterclaims between them and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their undersigned counsel, hereby file this Joint Notice of Voluntary Dismissal With Prejudice, asking that the above-captioned action is voluntarily dismissed with prejudice.

The Parties hereby request the Court to enter an Order of Dismissal, dismissing this action with prejudice with each party bearing and being responsible for the costs and attorney's fees incurred by such party.

DATED:  November 6, 2024                     WOODROW & PELUSO, LLC


                                            /s/ Patrick H. Peluso (with permission)
                                            Patrick H. Peluso
                                            *Attorneys for Plaintiffs*


DATED:  November 6, 2024                     HALLETT & PERRIN, PC


                                            /s/ Bryan P. Stevens
                                            Bryan P. Stevens
                                            *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 6, 2024, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

Patrick H. Peluso – ppeluso@woodrowpeluso.com

Patrick Kershisnik – kershisniklaw@gmail.com

Attorneys for Plaintiffs


 */s/ Bryan P. Stevens*
Bryan P. Stevens