UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JEFFERY GIBBS, TOBY HOY, and SHARON MCCULLAGH, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LIVEFREE EMERGENCY RESPONSE, INC., d/b/a MEDIBUTTON, INC., a Delaware Corporation,<br><br>    Defendants. | Case No. 4:23-cv-00170-BLW<br><br>**ORDER OF DISMISSAL** |

In accordance with the Joint Notice of Voluntary Dismissal with Prejudice, filed pursuant to F.R.C.P. 41(a)(1)(A)(ii) and signed by all parties who have appeared in this action (Dkt. 37), the above-captioned action is dismissed in its entirety, with prejudice, with each party bearing and being responsible for the costs and attorneys' fees incurred by such party.

DATED: November 7, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER OF DISMISSAL - 1**